THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant, *v.* THE BOARD OF RAILROAD COMMISSIONERS OF THE STATE OF NEW YORK et al., Respondents.

*People ex rel. N. Y., N. H. & H. R. R. Co.* v. *Bd. R. R. Comrs.,* 81 App. Div. 242, affirmed.
(Argued June 3, 1903; decided June 23, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered April 4, 1903, which confirmed the determination of the defendant commissioners in granting to the New York and Port Chester Railroad Company a certificate under section 59 of the Railroad Law.

*Henry W. Taft* for appellant.

*Judson S. Landon, William C. Trull* and *Frank Sullivan Smith* for respondents.

Order affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.